**No. 59714.**—Nyos, Inc., and Intercontinental Packers, Ltd. v. United States, protest 227181–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of frozen pork tenderloins similar in all material respects to the frozen beef tenderloins the subject of *C. J. Tower & Sons et al.* v. *United States* (30 Cust. Ct. 235, C. D. 1526), the claim of the plaintiffs was sustained.